

Did the Superior Court err in requiring court-appointed PCRA counsel to file a petition for remand to address claims asserted in a *pro se* petition for remand that challenged counsel's representation on appeal?

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jules JETTE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 14, 2009.

***ORDER***

PER CURIAM:

**AND NOW,** this 14th day of October, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue has been reframed as follows:

**Maurice A. HAYES, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW,**
**Respondent.**

No. 127 EM 2009.

Supreme Court of Pennsylvania.

Oct. 15, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 15th day of October, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, treated as a Petition for Leave to File Petition for Review *Nunc Pro Tunc*, is **GRANTED.** Petitioner is directed to file his Petition for Review within 30 days of this order.